**Teddy R. PROFFIT, Petitioner–Appellant,**

v.

**David A. GARRAGHTY, Warden, Respondent–Appellee.**

No. 02–6444.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided July 15, 2002.

Teddy R. Proffit, Appellant Pro Se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Teddy R. Proffitt appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Proffitt v. Garraghty,* No. CA–01–1915–AM (E.D. Va. filed Mar. 5, 2002, entered Mar. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*